

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 AUG -7 P 4: 20

CLERK'S OFFICE
AT GREENBELT

BY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GJH-16-502** |
| | * | |
| **NELASH DAS,** | * | **(Attempting to Provide Material** |
| a/k/a "Mohamed Das," | * | **Support to a Foreign Terrorist** |
| | * | **Organization, 18 U.S.C. § 2339B;** |
| **Defendant** | * | **Attempting to Murder a Federal** |
| | * | **Employee, 18 U.S.C. § 1114; Using and** |
| | * | **Carrying a Firearm During and in** |
| | * | **Relation to a Crime of Violence, 18** |
| | * | **U.S.C. § 924(c); Forfeiture, 18 U.S.C.** |
| | * | **§ 924(d), 18 U.S.C. § 981(a)(1)(C) &** |
| | * | **(G), 21 U.S.C. § 853, 28 U.S.C.** |
| | * | **§ 2461(c))** |
| | * | |

********

## SUPERSEDING INDICTMENT

## COUNT ONE
### (Attempting to Provide Material Support and Resources
### to a Foreign Terrorist Organization)

The Grand Jury for the District of Maryland charges that:

### Background on ISIS

1.      On or about October 15, 2004, the United States Secretary of State designated al-Qaeda in Iraq ("AQI"), then known as Jam 'at al Tawid wa' al-Jahid, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224.  On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the Immigration and Nationality Act and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq

and the Levant ("ISIL") as its primary name. The Secretary of State also added the following aliases to the FTO listing: The Islamic State of Iraq and al-Sham ("ISIS" – which is how the FTO will be referenced herein), The Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furquan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS.  To date, ISIS remains a designated FTO.

## The Charge

2.      From in or about October 2015 until on or about September 30, 2016, in the District of Maryland and elsewhere, the defendant,

**NELASH DAS,**
**a/k/a "Mohamed Das,"**

did knowingly attempt to provide material support and resources, including personnel (specifically himself), to a foreign terrorist organization, namely ISIS, knowing that ISIS is a designated terrorist organization and that ISIS has engaged, and engages, in terrorist activity and terrorism.

18 U.S.C. § 2339B

## COUNT TWO
### (Attempting to Murder a Federal Employee)

The Grand Jury for the District of Maryland further charges that:

On or about September 30, 2016, in the District of Maryland and elsewhere, the

defendant,

**NELASH DAS,**
**a/k/a "Mohamed Das,"**

did attempt to kill an officer and employee of the United States and of any agency in any branch

of the United States Government (including any member of the uniformed services) while such

officer and employee was engaged in and on account of the performance of official duties, to

wit: the defendant did attempt to kill a member of the uniformed services and a Special Agent

with the Federal Bureau of Investigation.

18 U.S.C. § 1114

## COUNT THREE
### (Using and Carrying a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about September 30, 2016, in the District of Maryland and elsewhere, the defendant,

**NELASH DAS,
a/k/a "Mohamed Das,"**

did knowingly, intentionally, and unlawfully use and carry a firearm during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit: attempting to provide material support and resources to a Foreign Terrorist Organization, as charged in Count One of this Superseding Indictment, and attempting to murder a federal employee, as charged in Count Two of this Superseding Indictment.

18 U.S.C. § 924(c)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 18 U.S.C. §§ 981(a)(1)(C) and (G), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the defendant's conviction on Counts One, Two, and Three of this Superseding Indictment.

2.      As a result of the offenses set forth in Count One and Count Two of this Superseding Indictment, the defendant,

**NELASH DAS,**
**a/k/a "Mohamed Das,"**

shall forfeit to the United States (a) any property, real and personal, which constitutes or is derived from proceeds traceable to the violations; and (b) all assets, foreign or domestic, (i) of the defendant; (ii) acquired and maintained by the defendant with the intent and for the purpose of supporting, planning, conducting, and concealing the violations; and (iii) derived from, involved in, and used and intended to be used to commit the violations.

3.      As a result of the offense set forth in Count Three of this Superseding Indictment, the defendant,

**NELASH DAS,**
**a/k/a "Mohamed Das,"**

shall forfeit to the United States any firearm or ammunition involved in and used in that offense.

## Substitute Assets

4.      If, as a result of any act or omission of the defendant, any such property subject to forfeiture:

      a.      cannot be located upon the exercise of due diligence;

      b.      has been transferred or sold to, or deposited with, a third person;

      c.      has been placed beyond the jurisdiction of the Court;

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

18 U.S.C. § 924(d)
18 U.S.C. § 981
21 U.S.C. § 853
28 U.S.C. § 2461(c)

*Stephen M. Schenning*

Stephen M. Schenning
Acting United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date:  August 7, 2017

6