# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CRIMINAL NO. PX-16-502** |
| | * |
| **NELASH DAS,** | * |
| | * |
| **Defendant** | * |
| | * |
| ****** | |

## ORDER

Having received and reviewed the Government's Motion to Dismiss Indictment, it is hereby ORDERED on this <u>3rd</u> day of April, 2023, that the motion is GRANTED and the indictment against the defendant in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

/S/

_____

Honorable Paula Xinis
United States District Judge